FILED
OCT 20 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. S1-4:21 CR 179 SEP SRW |
| v. ) | |
| MARSHALL SEALS, ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 22, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**MARSHALL SEALS,**

the defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about January 11, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**MARSHALL SEALS,**

the defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, or attempt to do so, by the attempted robbery of Mobil, which is a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a).

## COUNT THREE

The Grand Jury further charges that:

On or about January 11, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**MARSHAL SEALS,**

the defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce, or attempting to do so, by attempted robbery, as charged in Count Two herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney